Submitted on record and briefs October 7, 1996, reversed and remanded for new trial March 19, 1997

In the Matter of Sung Linder,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SUNG LINDER,
*Appellant.*

(C960007MC; CA A92221)

935 P2d 481

Susan D. Isaacs filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals a judgment of involuntary civil commitment, ORS 426.130, contending that he was not fully advised of his rights by the trial court as required by ORS 426.100(1). The state concedes that the trial court erred and we agree. *State v. Vinh*, 143 Or App 479, 480, 922 P2d 1278 (1996); *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.